STATE OF CONNECTICUT *v.* ANGEL LUIS ROMAN

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 734, is denied.

*Donald Dakers,* public defender, in support of the petition.

*Margaret Gaffney Radionovas,* deputy assistant state's attorney, in opposition.

Decided October 24, 1991

STATE OF CONNECTICUT *v.* JOSE J. GONZALEZ

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 433, is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court properly instructed the jury on attempt liability under General Statutes § 53a-49 (a) (1)?"

*Deborah L. DelPrete,* deputy assistant public defender, and *Richard Emanuel,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 1, 1991

STATE OF CONNECTICUT *v.* ROGER B. SHERWOOD

The defendant's petition for certification for appeal from the Appellate Court, 25 Conn. App. 725, is denied.

*Susan M. Hankins,* assistant public defender, in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided November 1, 1991